# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HAYLEY GRAHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 2:17-cv-4969 |
| | ) | |
| v. | ) | Judge: Jane Triche Milazzo |
| | ) | |
| SOUTHWEST CREDIT SYSTEMS, L.P., | ) | Magistrate Judge: Joseph C. Wilkinson |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff, Hayley Graham, ("Plaintiff"), through her attorney, Scott, Vicknair, Hair & Checki, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates the parties filing a joint stipulation of dismissal, with prejudice, within 60 days.

Dated: March 9, 2018                                Respectfully submitted,


                                                    */s/ Samuel J. Ford*
                                                    Samuel Ford, Esq. T.A. 36081
                                                    Scott, Vicknair, Hair & Checki, LLC
                                                    909 Poydras Street, Suite 1100
                                                    New Orleans, Louisiana 70112
                                                    ford@svhclaw.com
                                                    T: (504) 684-5200
                                                    F: (504) 613-6351
                                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that this day, March 9, 2018, I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF filing system, which will send notice to all counsel of record in the instant action.

                                */s/ Samuel J. Ford*